IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANDY J. GARVENS,

                    Plaintiff,

        v.

FRANK BISIGNANO,
Commissioner of Social Security,

                  Defendant.

ORDER

25-cv-711-wmc

---

Pursuant to a joint motion for remand (dkt. #21) filed by the parties on March 31, 2026, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

Entered this 31st day of March, 2026.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge